IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plantiff,

v.

LUKE MEDIS,

    Defendant

ORDER

10-cr-109-wmc-01

---

Luke Medis raised no objections to the information contained in the presentence investigation dated November 2, 2010. As reflected in the plea agreement, the defendant agreed to pay restitution for all losses relating to the offense of conviction and all losses covered by the same course of conduct or common scheme or plan as the offense of conviction. At the time of the plea hearing, the parties agreed that the appropriate restitution figure based upon relevant conduct in this case was $3,360.

The defendant Luke Medis was sentenced in this court on December 20, 2010. A restitution hearing was set for February 28, 2011, because victim information was incomplete at the time of the sentencing. At the request of defense counsel the hearing was continued. Based on information obtained in the investigative reports and victim impact statements, the probation office determined that total restitution is $3,180, as reflected in the fourth addendum to the presentence report.

The defendant raised concerns regarding the identity of the victims and that he personally never passed counterfeit currency at the various businesses or banks. In particular, the defendant question whether there was double counting victim losses. The evidence of record makes this highly unlikely, nor can defendant note a single example where this occurred.

As an initial matter, the defendant agreed that he put the money into circulation. The case agents matched serial numbers of counterfeit currency printed and passed by Medis with police reports and currency actually recovered from the business and banks who ended up with the counterfeit currency. Finally, each victim had to submit a report to law enforcement, as well as the recovered counterfeit currency, seemingly eliminating any chance of double counting specific counterfeit currency for restitution purposes.

ORDER

IT IS ORDERED that the defendant pay $3,180 in restitution to the victims as outlined in the attachment. This amount is due payable immediately to the Clerk of Court for the Western District of Wisconsin for disbursement to victims as outlined in the appendix of the fourth addendum to the presentence report.

The defendant does not have the economic resources to allow for payment of the full amount of restitution at this time. Nominal payments of a minimum of $150 per month are to commence within 30 days of his release from custody pursuant to 18 U.S.C. § 3664(f)(3)(B).

No interest is to accrue on the unpaid portion of the restitution.

Entered this 14th day of March, 2011.

BY THE COURT,

William M. Conley
District Judge

## Appendix
## Victims/Restitution
## 10-CR-109-WMC-01

( The asterisks indicate that the defendant passed counterfeit notes on multiple occasions)

| Victim | Address | Loss |
| --- | --- | --- |
| PDQ 109 | 11434 Northport Drive Madison, WI 53704 | $20 |
| Nitty Gritty | 1021 North Gammon Road Middleton, WI 53562 | $40 |
| Walmart 3857 | 2101 Royal Avenue Monona, WI 53717 | $60 |
| Woodmans* | 711 S. Gammon Road Madison, WI 53719 | $60 |
| Johnson Bank | 159 Martin Luther King Blvd. Madison, WI 53703 | $60 |
| Samba Grill* | 402 W. Gorham Street Madison, WI 53703 | $40 |
| Granite City | 72 West Towne Madison, WI 53719 | $60 |
| U.S. Bank* | 1 S. Pickney Street Madison, WI 53702 | $40 |
| Copps 8180 | 3650 University Avenue Shorewood Hills, WI 53705 | $20 |
| Uno Pizza/Chicago Grill* | 7601 Mineral Point Road Madison, WI 53717 | $80 |
| Springfield Mobile | 901 S. Gammon Road Madison, WI 53719 | $20 |
| Target 1069 | 4301 Lien Road Madison, WI 53704 | $20 |
| M & I Bank (multiple branches) | 401 Segoe Road Madison, WI 53705 | $100 |
| Old World Market | 4606 Verona Road Madison, WI 53711 | $20 |

Fourth Addendum to the Presentence Report  Page 3
Luke Medis

| McClintock Inc. | 1221 Mills Street<br>Black Earth, WI 53515 | $20 |
|---|---|---|
| U.S. Bank | 4602 E. Towne Blvd.<br>Madison, WI 53704 | $20 |
| Madison Taxi | 1403 Gilson Road<br>Madison, WI 53719 | $20 |
| Mr. Tequila Inc. | 704 S/ Whitney Way<br>Madison, WI 53711 | $40 |
| McDonalds* | 6910 Odana Road<br>Madison, WI 53719 | $30 |
| Wilson's Bar | 5114 Atwood Avenue<br>Madison, WI 53704 | $20 |
| Pooleys | 5441 High Crossing Blvd.<br>Madison, WI 53718 | $140 |
| Glass Nickel Pizza | 3191 Muirfield Road<br>Madison, WI 53719 | $40 |
| Benvenutos | 1849 Northport Road<br>Madison, WI 53704 | $40 |
| Capitol Petroleum LLC* | 2702 E. Washington Avenue<br>Madison, WI 53704 | $40 |
| Lava Lounge | 451 W. Gilman Street<br>Madison, WI 53703 | $20 |
| Subway | c/o Steve Dibble<br>934 South Street<br>Deforest, WI 53532 | $20 |
| Pizza Hut | 520 S. Park Avenue<br>Madison, WI 53715 | $20 |
| Milios | 418 Westgate Mall<br>Madison, WI 53711 | $40 |
| State Street Brats | 603 State Street<br>Madison, WI 53703 | $20 |
| The Vineyard | 402 W. Gorham Street<br>Madison, WI 53703 | $20 |
| Pedro's | 499 D'Onofrio Drive<br>Madison, WI 53717 | $80 |

| Monona State Bank | 5515 Monona Drive<br>Monona, WI 53716 | $20 |
| --- | --- | --- |
| Serasotes Showplace | 6091 McKee Road<br>Fitchburg, WI 53719 | $10 |
| PDQ* | 7601 Discovery Road<br>Middleton, WI 53562 | $20 |
| McDonalds | 110 W. Towne Mall<br>Madison, WI 53719 | $10 |
| Lava Lounge | 461 W. Gilman<br>Madison, WI 53703 | $10 |
| U.S. Bank | 402 Gammon Place<br>Madison, WI 53719 | $10 |
| Sun Prairie Taxi | P.O. Box 66<br>Fort Atkinson, WI 53538 | $10 |
| Great Dane Brew Pub | 357 Price Place<br>Madison, WI 53705 | $10 |
| Taco Bell | 2005 McCoy Road<br>Sun Prairie, WI 53590 | $10 |
| Riley's Wines of the World | 420 W. Gorham Street<br>Madison, WI 53703 | $10 |
| The Great Dane | 2980 Cahill Main<br>Fitchburg, WI 53711 | $20 |
| McDonalds | 875 Highway 14 East<br>Richland Center, WI 53581 | $20 |
| Walgreens 9740 | 807 S. Main Street<br>DeForest, WI 53552 | $20 |
| Target | 6321 McKee Road<br>Fitchburg, WI 53719 | $20 |
| Office Max West | 4341 West Towne Way<br>Madison WI, 53719 | $40 |
| Culvers | 1324 Northport Drive<br>Madison, WI 53704 | $20 |
| Quaker Steak and Lube | 2259 Deming Way<br>Middleton, WI 53562 | $20 |
| UW Hospital and Clinic | 635 Science Drive<br>Madison, WI 53711 | $10 |

| | | |
|---|---|---|
| Michael Reifschneider | 841 Messmer Street<br>Fort Atkinson, WI 53538 | $20 |
| Panera Bread | 3320 W. College Avenue<br>Appleton, WI 54914 | $10 |
| Kwik Trip | 204 Dix Street<br>Columbus, WI 53925 | $20 |
| Boston Store 528* | 36 West Towne Mall<br>Madison, WI 53719 | $160 |
| O'Reilly Auto Parts | 7600 Capitol Drive<br>Milwaukee, WI 53222 | $10 |
| Hobby Lobby 206 | 1118 S.Koeller Street<br>Oshkosh, WI 54901 | $20 |
| Kwik Trip | 527 W. Main Street<br>Stoughton, WI 53589 | $20 |
| Piggly Wiggly | 205 N. Holiday Drive<br>Waunakee, WI 53597 | $20 |
| PDQ 135 | 401 N. 3rd Street<br>Madison, WI 53704 | $20 |
| Stop-A-Sec Inc. | 2547 State Road #4<br>Luck, WI 54835 | $20 |
| Oneida Casino | P.O. Box 365<br>Oneida, WI 54155 | $10 |
| Jenny Yin (Restaurant Owner) | 3008 Edenberry St.<br>Fitchburg, WI 53711 | $20 |
| Bank of Sun Prairie | 228 E. Main Street<br>Sun Prairie, WI 53590 | $20 |
| Sears 2232 | 43 East Towne Mall<br>Madison, WI 53704 | $20 |
| Lift Touch 1 | 2821 Dairy Road<br>Madison, WI 53718 | $20 |
| Ann Miller | 401 Nichols Road<br>Monona, WI 53716 | $10 |
| Monk's Bar | P.O. Box 660<br>Wisconsin Dells, WI 53965 | $20 |
| Dodger Bowl | 212 S. Virginia Terrace<br>Dodgeville, WI 53533 | $40 |

| JP Morgan Chase Bank | 1337 S. 16th Street<br>Milwaukee, WI 53204 | $10 |
| --- | --- | --- |
| Bussiere Schweitzer Inc. | 144 W. Madison Street<br>Waterloo, WI 53594 | $10 |
| Gamestop 740 | 8118 Mineral Point Road<br>Madison, WI 53719 | $20 |
| Walmart 1727 | 322 Broadway<br>Berlin, WI 54923 | $20 |
| Trader Joes 712 | 1810 Monroe Street<br>Madison, WI 53711 | $20 |
| Meriter Hospital | 202 S. Park Street<br>Madison, WI 53715 | $20 |
| Tilted Kilt | Attn: Robert Rynes<br>1450 Veterans Drive<br>Richland Center, WI 53581 | $40 |
| Churchkey Bar | 625 University Avenue<br>Madison, WI 53715 | $40 |
| Burlington Coat Factory | 6905 Odana Road<br>Madison, WI 53719 | $180 |
| Badger Cab | 700 Cottage Grove Road<br>Madison, WI 53719 | $20 |
| Town Bank | 850 W. North Shore Drive<br>Hartland, WI 53029 | $10 |
| Speedway Gas | 4902 Verona Road<br>Fitchburg, WI 53711 | $30 |
| Dubuque Bank and Trust | 1398 Central Avenue<br>Dubuque, IA 52001 | $20 |
| White Bear Avenue Business Association | P.O. Box 9328<br>St. Paul, MN 55109 | $20 |
| Supervalue Holdings | 8432 Tamarack Village<br>Woodbury, MN 55125 | $20 |
| Grandmas Inc. | 525 Lake Avenue South<br>Duluth, MN 55802 | $20 |
| Knights Action Park | 1700 Recreation Drive<br>Springfield, IL 62711 | $20 |

| | | |
|---|---|---|
| Wawa Food Market | 3025 Lincoln Highway Thorndale, PA 19372 | $20 |
| Wells Fargo* | 2757 South 5th Court Milwaukee, WI 53207 | $70 |
| U.S. Bank* | 777 East Wisconsin Avenue P.O. Box 650 Milwaukee, WI 53202-5300 | $60 |
| M & I Bank* | 770 N. Water Street Milwaukee, WI 53202 | $40 |
| Rockford Health Physicians | 2306 N. Rockton Avenue Rockford, IL 61103 | $20 |
| Chase Bank* | 1 Bank One Plaza Chicago, IL 60670 | $260 |
| Community Bank | 1001 Lake Street Oak Park, IL 60301 | $20 |
| Associated Bank | 2985 South Ridge Road Green Bay, WI 54302 | $30 |
| Aramark Corp. | 2000 Spring Road Oak Brooke, IL 60523 | $20 |
| Amcore Bank | 501 7th Street Rockford, IL 61104 | $40 |
| Centrue Bank | 1311 Shooting Park Road Peru, IL 61354 | $10 |
| Garda Cash Handling Service | 2100 W. 21 st Street Broadview, IL 60155 | $10 |
| Premier Bank | 2625 NW Areterial Dubuque, IA 52002 | $10 |
| Wells Fargo | 1919 Douglas Street Omaha, NE 68102 | $10 |
| **Total Restitution** | | **$3,180** |
| **Additional Victims** | **Unable to Determine** | **Unverified** |
| M & I Bank | Madison | $20 |
| Unknown | New York | $20 |
| Unknown | Duluth, MN | $20 |

Fourth Addendum to the Presentence Report | Page 8
Luke Medis

| | | |
|---|---|---|
| Unknown | Oak Lawn, IL | $20 |
| Illinois State Police | Unable to determine location money was passed | $20 |
| Gennia's Cocktail Lounge | Returned | $20 |
| Bank of America | Chicago | $20 |
| Ultrazone | Chicago | $20 |
| Bank American | Tasman Street? Madison | $20 |