IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                Plaintiff,

                                        ORDER

      v.

                                       10-cr-109-wmc-1

Luke Medis,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A hearing on the probation office's petition for judicial review of Luke Medis's supervised release was held on March 1, 2013, before U.S. District Judge William M. Conley. The government appeared by Assistant U.S. Attorney Robert Anderson. The defendant was present in person and by counsel, Erica Bierma. Also present was Senior U.S. Probation Officer Helen Healy Raatz.

From the record, I make the following findings of fact.

## FACTS

The defendant was sentenced in the Western District of Wisconsin on December 7, 2010, following his conviction for manufacturing counterfeit United States currency, in violation of 18 U.S.C. § 471. This offense is a Class C felony. He was committed to the custody of the Bureau of Prisons to serve a term of imprisonment of 18 months, with a three-year term of supervised release to follow. The defendant began his term of supervised release on May 3, 2012.

The defendant violated the special condition prohibiting him from consuming alcohol, when on January 23 and January 29, 2013, he consumed several pints of beer. The

defendant again violated this special condition when on February 17, 2013, he consumed a bottle of wine.

The defendant's violations include conduct that falls into the category of a Grade C violation. Pursuant to § 7B1.3(a)(2), upon a finding or a Grace C violation, the court may revoke, extend, or modify the conditions of supervision.

## CONCLUSIONS

The defendant's violations require modification of supervision conditions. The defendant has been unable to abstain from alcohol under current conditions. In lieu of revocation or inpatient treatment, and to assist the defendant to abstain from alcohol, he shall be placed on medication as determined appropriate by a licensed medical provider.

## ORDER

IT IS ORDERED that the conditions of supervision are modified by adding Special Condition No. 13 requiring the defendant to complete a physical examination and obtain a prescription for Anabuse from a licensed medical provider. The defendant shall be required to obtain his own funding for services and medication. The defendant is to report to the probation office on a daily basis to take Anabuse. The defendant may find an alternative responsible party to oversee compliance with Anabuse with approval of the supervising United States probation officer.

Entered this 1st day of March 2013.

BY THE COURT:

William M. Conley
U.S. District Judge